WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Miguel Corzo,<br><br>            Plaintiff,<br><br>v.<br><br>Maricopa County Community College District, et al.,<br><br>            Defendants. | No. CV-15-02552-PHX-ESW<br><br>**ORDER** |

The Court has considered Plaintiff's "Motion to File Under Seal Exhibits 6 and 7 to Plaintiff's Statement of Facts in Support of Plaintiff's Motion for Partial Summary Judgment" (Doc. 162). No Response has been filed. For good cause shown,

**IT IS ORDERED** granting Plaintiff's "Motion to File Under Seal Exhibits 6 and 7 to Plaintiff's Statement of Facts in Support of Plaintiff's Motion for Partial Summary Judgment" (Doc. 162).

**IT IS FURTHER ORDERED** that the Clerk's Office is authorized to file under seal Exhibits 6 and 7 to Plaintiff's "Statement of Facts in Support of Plaintiff's Motion for Summary Judgment" (lodged at Doc. 163).

Dated this 22nd day of May, 2018.

                                                Eileen S. Willett
                                          United States Magistrate Judge