**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Miguel Corzo, | No. CV-15-02552-PHX-ESW |
| Plaintiff, | **ORDER** |
| v. |  |
| Maricopa County Community College District, et al., |  |
| Defendants. |  |

The Court has considered Defendants' Motion to Extend Expert Deadlines and Request for Discovery Dispute Conference (Doc. 51), Plaintiff's Response (Doc. 65), and Defendants' Reply (Doc. 68). The Court has extended Expert Deadlines (Docs. 53, 88, 141). Pending is Defendants' Request for a Discovery Dispute Conference which the Court granted by allowing briefing on the issue of Dr. Narvaiz's treatment file. Defense counsel asserts that requests directed to Dr. Narvaiz for a copy of the Plaintiff's treatment file produced no records (Doc. 51-1). Plaintiff's counsel, nevertheless, was able to provide treatment records to the defense. Defendants conclude that Dr. Narvaiz withheld records intentionally and request an order compelling the doctor to produce his treatment file, as well as imposition of a monetary sanction. Defendants did not provide Dr. Narvaiz with a copy of the Motion or Reply. Dr. Narvaiz is not a party to this litigation. Plaintiff's counsel has avowed that he has produced all records in Plaintiff's possession. Plaintiff provided medical record releases as requested. Fed. R. Civ. P. 45 dictates counsel's

appropriate course of action for a third party's failure to comply with a subpoena request.

For the reasons set forth herein,

**IT IS ORDERED** denying Defendants' request for monetary sanctions and an order compelling Dr. Narvaiz to produce records in response to a subpoena (Doc. 51).

Dated this 17th day of January, 2019.

_____
Eileen S. Willett
United States Magistrate Judge